IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF USPS FIRST-CLASS PRIORITY MAIL PARCEL IDENTIFIED BY TRACKING #9505 5160 2517 7251 1634 52, ADDRESSED TO JULIO LOPEZ, 690 10TH AVE., SAN LUIS, ARIZONA 85349 | No. 17-MJ-2114 |

**ORDER**

Upon motion of the United States to unseal the documents filed in this case, it is

ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this ___19___ day of December, 2017.

Jeffery S. Frensley
United States Magistrate Judge